United States District Court
Southern District of Texas
**ENTERED**
January 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CAUSE NO.: 4:18-CR-339 |
| FRAISEL HUGHEY (4) | § § § | |

## ORDER

CAME ON FOR COSIDERATION, this the ____ day of _____, 2022, in the above-styled and numbered cause, the foregoing Motion for Leave to file a Motion to Suppress the evidence derived from the search of his residence is hereby GRANTED / ~~DENIED.~~

IT IS SO ORDERD.

Signed on JANUARY 14, 2022.

_____
JUDGE LAKE

4

72