UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Case No. 4:18-CR-339 |
| § § | |
| CLINT CARR, § and § FRASIEL HUGHEY § § | |
| Defendants. § | |

# ORDER

The United States' Motion *in Limine* to Admit Certain Business Records, Digital Records, and Public Records is granted. (Docket Entry No. 197). Government's Exhibits **131**; **601-614**; **621-627**; **651**; **652**; **653**; **662**; and **663** are admitted.

SIGNED on this _____ day of _____, 2022 at Houston, Texas.

_____
SIM LAKE
United States District Judge