UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 4:18-CR-339 |
| | § | |
| | § | |
| CLINT CARR and | § | |
| FRASIEL HUGHEY, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### UNITED STATES' OBJECTIONS TO CARR'S SECOND AMENDED PRETRIAL EXHIBIT LIST

The United States files these Objections to Defendant Carr's Second Amended Exhibit List (Docket Entry No. 269), as follow:

| NO | DESCRIPTION | OFFER | OBJECTIONS |
| --- | --- | --- | --- |
| 1. | CC Pharmacy, LLC Business Plan, dated February 2016<br>DOJ_CCPHARMACY-0063250 | | 802 |
| 2. | DEA 6 – Interview of Dustin Curry, dated March 27, 2019<br>DOJ_CCPHARMACY-0070966 | | 802 |
| 3. | DEA 6 – Interview of Adam Long, dated November 29, 2017<br>[August 2, 2018 Production; Discovery USB 1] | | 802 |
| 4. | DEA 6 – Interview of Craig Alcorn, dated May 22, 2018<br>DOJ_CCPHARMACY-0012233 | | 802 |
| 5. | DEA 6 – Interview of Jeremy Newberry, dated August 17, 2017<br>DOJ_CCPHARMACY-0012252 | | 802 |
| 6. | CCP2 Power of Attorney for DEA Forms 222 | | |

| | | | |
|---|---|---|---|
| | FILTER-CCRXPHYSICAL-0000000041 | | |
| 7. | Carr-Curry text messages dated 10/10/14 (GEX 702) DOJ_CCPHARMACY-0072659 | | |
| 8. | Carr-Curry text messages dated 1/13/16 (GEX 708) DOJ_CCPHARMACY-0073774 [*Withdrawn*] | | |
| 9. | Carr-Curry text messages dated 5/14/16 (GEX714) DOJ_CCPHARMACY-0074104 [*Withdrawn*] | | |
| 10. | Carr-Curry text messages dated 5/11/16 (GEX 716) DOJ_CCPHARMACY-0074129 | | |
| 11. | Carr-Curry text messages dated 5/12/16 (GEX 717) DOJ_CCPHARMACY-0074135 | | |
| 12. | Carr-Curry text messages dated 5/19/16 (GEX 718) DOJ_CCPHARMACY-0074164 [*Withdrawn*] | | |
| 13. | Carr-Curry text messages dated 5/23/16 (GEX 719) DOJ_CCPHARMACY-0074171 [*Withdrawn*] | | |
| 14. | July 11, 2017 email between Sanchez, Long and Newberry re Daily Shipment Report [August 2, 2018 Production; Discovery USB 1] | | |
| 15. | July 14, 2017 email between Carr, Sanchez, Newberry, Curry and Long re Houston Trip DOJ_CCPHARMACY-0007735 | | |
| 16. | August 15, 2017 email between Sanchez, Carr, Curry, Long and Newberry re Resignation DOJ_CCPHARMACY-0007737 | | 802 |
| 17. | DEA 6 – Proffer Interview of Dustin Curry, dated May 9, 2019 DOJ_CCPHARMACY-0070977 | | 802 |
| 18. | Carr-Curry text messages, DATED October 7, 2014 (Reduced to pgs. 23-24) DOJ_CCPHARMACY-0072656 | | 802 |
| 19. | Carr-Curry text messages, dated February 10, 2015 | | 802 |

|     | | | |
|-----|---|---|---|
|     | (Pg. 94) DOJ_CCPHARMACY-0072727 | | |
| 20. | Carr-Curry text messages, dated February 13, 2015<br>(Pg. 108) DOJ_CCPHARMACY-0072741 | | 802, 404, 608(b) |
| 21. | Carr-Curry text messages, dated March 13, 2015<br>(Pg. 168-169) DOJ_CCPHARMACY-0072801 | | |
| 22. | Carr-Curry text messages, dated April 22, 2016 (GEX 713)<br>DOJ_CCPHARMACY-0074071 | | |
| 23. | Carr-Curry text messages, dated August 4, 2016<br>(Pg. 1850-1851) DOJ_CCPHARMACY-0074484 | | |
| 24. | Carr-Curry text messages, dated April 10, 2015<br>DOJ_CCPHARMACY-0076573 | | 802 |
| 25. | Nevada Ch. 639 – Pharmacists and Pharmacy<br>[https://www.leg.state.nv.us/nrs/NRS-639.html#NRS639Sec235] | | 402 & 403 |
| 26. | Pharmacist's Manual, An Informational Outline of the Controlled Substances Act<br>[https://www.deadiversion.usdoj.gov/GDP/(DEA-DC-046)(EO-DEA154)_Pharmacist_Manual.pdf] | | 402 & 403 |
| 27. | Photos of CC Pharmacy interior (pickup window) taken by USDOJ | | 402, 403, 802 |
| 28. | Texas State Board of Pharmacy website [https://www.pharmacy.texas.gov/consumer/broch4.asp] | | 402 |
| 29. | Dustin Curry Sealed Plea Agreement DOJ_CCPHARMACY-0077314 | | |
| 30. | Email communication dated 8-16-17 from Megan Hanson to James Soto Subject: Form DEA 222 from Clint Carr at CC Pharmacy 3 dated 8-16-17<br>[August 2, 2018 Production; Discovery USB 1] | | 802 |
| 31. | Email communication from Jose Sanchez to Clint Carr Re: CII Transfers dated 6-22-17<br>[August 2, 2018 Production; Discovery USB 1] | | 802 |
| 32. | DV Medical Advertisement Flyer for | | |

|  |  |  |  |
|---|---|---|---|
|  | Controlled Substances Fall 2016 and New Account Paperwork DOJ_CCPHARMACY-0055571 |  |  |
| 33. | Email to Clint from Dustin DOJ_CCPHARMACY-0007720 |  | 802 |
| 34. | *Intentionally Omitted* |  |  |
| 35. | Email communication from Jeffrey Pitts to Clint Carr Subject Pharmacy start up dated 1-31-17 DOJ_CCPHARMACY-0079030 [*Withdrawn*] |  |  |
| 36. | Email communication from Merideth Leighty to Eric Guelzow Re: CC Pharmacies DOJ_CCPHARMACY-0071731 |  | 802 |
| 37. | Hughey Check $3670 dated 11-28-17 DOJ_CCPHARMACY-0012571 |  | Withdrawn |
| 38. | Pharmacy Reference Library FILTER-CCRXDIGITAL-0000022211 |  |  |
| 39. | Limited Power of Attorney of Clint Carr to Dustin Curry FILTER-CCRXDIGITAL- 0000000043 |  |  |
| 40. | Auburn Compliance Questionnaire and Letter from Crystal Payne dated 7-6-16 DOJ_CCPHARMACY-0054591 |  |  |
| 41. | Albertsons Companies Buy Out Letter dated 7-28-17 DOJ_CCPHARMACY-0055965 |  | 402, 403, 802 |
| 42. | Company Agreement of CC Pharmacy, LLC FILTER-CCRXDIGITAL-0000022202 |  | 802, 402 |
| 43. | CC Pharmacy 2 Balance Sheet as of 12-31-16 DOJ_CCPHARMACY-0053054 |  | 802 |
| 44. | CC Pharmacy Profit and Loss January-February 2017 FILTER-CCRXDIGITAL-0000021988 |  | 802 |
| 45. | Franchise Tax Account Status Registration date 11-22-2016 FILTER-CCRXDIGITAL-0000022199 |  |  |
| 46. | CC Pharmacy 2 TSBP Application FILTER-CCRXDIGITAL-0000022217 |  |  |
| 47. | CC Pharmacy 3 TSBP Application FILTER-CCRXDIGITAL-0000022200 |  |  |
| 48. | Drug inventory of Non-controls DOJ_CCPHARMACY-0064186 |  | 104 |

| | | | |
|---|---|---|---|
| 49. | Three checks to US Marshall Service dated 11-30-17<br>DOJ_CCPHARMACY-0012573 | | Withdrawn |
| 50. | Two Checks to US Marshall Service 11-30-17<br>DOJ_CCPHARMACY-0012574 | | Withdrawn |
| 51. | Letter to From Dr. Warfield's Manager, Nicole Price dated 7-28-17<br>DOJ_CCPHARMACY-0007757 | | |
| 52. | Messages between Dustin Curry and Clint Carr, dated 7-5-16 [GEX727]<br>DOJ_CCPHARMACY-0074375 | | |
| 53. | Email Communication from Jose Sanchez to Martin Ramirez Subject: Summary dated 6-29-17<br>[August 2, 2018 Production; Discovery USB 1] | | |
| 54. | Clint Carr, Chelsea Carr 1040, 2015<br>DOJ_CCPHARMACY-0052794 | | 402 |
| 55. | Letter from Jayesh P. Ojha CPA to Clint Carr dated 3-21-17<br>DOJ_CCPHARMACY-0052859 | | 402 |
| 56. | C&C Pharmacy 1065, 2016<br>DOJ_CCPHARMACY-0052875 | | 402 |
| 57. | Letter from Jayesh P. Ojha CPA to Client dated 2-1-18<br>DOJ_CCPHARMACY-0052891 | | 402 |
| 58. | Letter from Jay Ojha ref: Clint and Chelsea Carr mortgage 4-4-17<br>DOJ_CCPHARMACY-0052951 | | |
| 59. | Letter from Jay Ojha CPA to Client dated 3-29-17<br>FILTER-CCRXDIGITAL-0000022277 | | 402 |
| 60. | CC Pharmacy 3 Letter from Texas Comptroller of Public Accounts dated 12-9-16<br>FILTER-CCRXDIGITAL-0000022195 | | |
| 61. | CC Pharmacy 3 Letter from IRS Assigning EIN Number dated 11-14-16<br>DOJ_CCPHARMACY-0053686 | | |
| 62. | Resume of Jose A. Sanchez<br>FILTER-CCRXDIGITAL-0000083737 | | |
| 63. | June 7, 2017 email re CC Pharmacy<br>FILTER-CCRXDIGITAL-0000109564 | | |
| 64. | Jose Sanchez Employment Agreement<br>FILTER-CCRXDIGITAL-0000083501 | | |

| | | | |
|---|---|---|---|
| 65. | CC Pharmacy POA - DEA From 222 FILTER-CCRXDIGITAL-0000024298 | | |
| 66. | July 12, 2017 email re Fw CII Transfers [August 2, 2018 Production; Discovery USB 1] | | 802 |
| 67. | July 12, 2017 email re Fw POA [August 2, 2018 Production; Discovery USB 1] | | 802 |
| 68. | CC Pharmacy 2 PoA FILTER-CCRXDIGITAL-0000083514 | | |
| 69. | CC Pharmacy PoA FILTER-CCRXPHYSICAL-0000000040 | | |
| 70. | July 12, 2017 email re Fw Shipment [August 2, 2018 Production; Discovery USB 1] | | 802, 403 |
| 71. | July 12, 2017 email re Fw Update [August 2, 2018 Production; Discovery USB 1] | | |
| 72. | July 12, 2017 email re Fw CC Pharmacy 2 Reports [August 2, 2018 Production; Discovery USB 1] | | |
| 73. | July 12, 2017 email re Fw Controlled Drug Inventory [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 74. | July 12, 2017 email re Fw Daily Facility Shipment [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 75. | July 12, 2017 email re Fw Facility Shipment Report 7/7/17 [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 76. | July 12, 2017 email re Fw Daily Script Inventory [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 77. | July 12, 2017 email re Fw Weekly Drug Transfer Shipment [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 78. | July 12, 2017 email re Fw Controlled Drug Inventory (1) [August 2, 2018 Production; Discovery USB 1] | | 403 |

| | | | |
|---|---|---|---|
| 79. | July 12, 2017 email re Fw Daily Script Inventory, Controlled Drug Inventory [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 80. | July 12, 2017 email re Fw Today [August 2, 2018 Production; Discovery USB 1] | | |
| 81. | July 12, 2017 re Fw Controlled Drug Inventory [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 82. | July 12, 2017 email re Fw Daily Shipment Report [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 83. | July 12, 2017 email re Fw 7/12/17 [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 84. | July 12, 2017 email re Fw Controlled Inventory Facility Shipment 7/12/17 [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 85. | July 12, 2017 email re Emails [August 2, 2018 Production; Discovery USB 1] | | |
| 86. | July 13, 2017 email re Script Inventory[August 2, 2018 Production; Discovery USB 1] | | |
| 87. | August 8, 2017 email re Fwd Facility Shipment Report 8/8/17 [August 2, 2018 Production; Discovery USB 1] | | 403 |
| 88. | August 15, 2017 email re Resignation [August 2, 2018 Production; Discovery USB 1] | | 802 |
| 89. | August 21, 2017 email re Controlled Substance Inventory [August 2, 2018 Production; Discovery USB 1] | | |
| 90. | June 22, 2017 email between Sanchez, Carr and Curry re CII Transfers DOJ_CCPHARMACY-0006653 | | 802 |
| 91. | August 15th email from Carr to Sanchez, Long, Curry and Newberry DOJ_CCPHARMACY-0007711 | | 802, 403 |

| | | | |
|---|---|---|---|
| 92. | August 16th email from Sanchez to Carr, Long, Curry and Newberry DOJ_CCPHARMACY-0007714 | | 802 |
| 93. | August 17th email from Carr to Sanchez, Curry and Long DOJ_CCPHARMACY-0007717 | | |
| 94. | July 12, 2017 email re 7/12/17 DOJ_CCPHARMACY-0007723 | | |
| 95. | July 6, 2017 email re CC Pharmacy 2 Reports DOJ_CCPHARMACY-0007725 | | |
| 96. | July 26, 2017 email re Controlled Drug Inventory DOJ_CCPHARMACY-0007728 | | |
| 97. | July 14, 2017 email re Houston Trip DOJ_CCPHARMACY-0007735 | | |
| 98. | July 77, 2017 re Daily Shipment Report DOJ_CCPHARMACY-0007732 | | |
| 99. | August 2, 2017 email re Floor Install DOJ_CCPHARMACY-0007734 | | |
| 100. | August 15, 2017 email re Resignation DOJ_CCPHARMACY-0007737 | | 802 |
| 101. | June 29, 2017 email re Shipment DOJ_CCPHARMACY-0007739 | | 802, 403 |
| 102. | July 5, 2017 email re Update DOJ_CCPHARMACY-0007736 | | |
| 103. | July 11, 2017 email re Today DOJ_CCPHARMACY-0007741 | | |
| 104. | December 7, 2016 email re CC Pharmacy Houston Order DOJ_CCPHARMACY-0012496 | | 802 |
| 105. | April 25, 2017 email re CCRX2 Login DOJ_CCPHARMACY-0012508 | | 802 |
| 106. | April 11, 2017 email re CC Pharmacy and CC Pharmacy 2 DOJ_CCPHARMACY-0012497 | | 802 |
| 107. | April 20, 2017email re CCRX2 PIC DOJ_CCPHARMACY-0012499 | | 802 |
| 108. | April 24, 2017 email re CCRX1DUR DOJ_CCPHARMACY-0012506 | | 802 |
| 109. | May 4, 2016 email re New pharmacy applicant (Dustin Curry) DOJ_CCPHARMACY-0012511 | | 802 |
| 110. | May 4, 2016 email re new pharmacy – dustin curry – pics cont. DOJ_CCPHARMACY-0012519 | | 802 |

| | | | |
|---|---|---|---|
| 111. | May 4, 2016 email re new application DOJ_CCPHARMACY-0012514 | | 802 |
| 112. | May 4, 2016 email re new pharmacy applicant – Dustin Curry - pics DOJ_CCPHARMACY-0012522 | | 802 |
| 113. | September 14, 2016 email re Licenses DOJ_CCPHARMACY-0012531 | | 802 |
| 114. | May 11, 2016 email re Online Access DOJ_CCPHARMACY-0012530 | | 802 |
| 115. | May 4, 2016 email re New Application DOJ_CCPHARMACY-0012525 | | 802 |
| 116. | September 30, 2016 email re cc pharmacy: Application DOJ_CCPHARMACY-0012536 | | 802 |
| 117. | September 19, 2017 email re DUR Request DOJ_CCPHARMACY-0012532 | | 802 |
| 118. | October 20, 2016 email re CC Pharmacy 10/20/16 DOJ_CCPHARMACY-0012540 | | 802 |
| 119. | October 4, 2016 email re cc pharmacy new location; PIC ID and License DOJ_CCPHARMACY-0012538 | | 802 |
| 120. | September 28, 2016 email re Dustin from CC pharmacy: DV Medical Supply (New Customer Application) DOJ_CCPHARMACY-0012535 | | 802 |
| 121. | November 1, 2016 email re CCRX Credit Card Issue DOJ_CCPHARMACY-0012542 | | 802 |
| 122. | December 5, 2016 email re CCRX#2 12/5/16 Order DOJ_CCPHARMACY-0012543 | | 802 |
| 123. | December 7, 2016 email re CC Pharmacy Houston DOJ_CCPHARMACY-0012545 | | 802 |
| 124. | April 26, 2017 email re Call DOJ_CCPHARMACY-0012546 | | 802 |
| 125. | October 3, 2017 email re CC Pharmacy 10/3/17 Order DOJ_CCPHARMACY-0012548 | | 802 |
| 126. | December 5, 2016 email re CCRX#1 12/5/16 Revised Order DOJ_CCPHARMACY-0012544 | | 802 |
| 127. | April 24, 2017 email re Dustin from cc pharmacy 1 & 2 DOJ_CCPHARMACY-012553 | | 802 |

| | | | |
|---|---|---|---|
| 128. | July 11, 2016 email re Tracking<br>DOJ_CCPHARMACY-0012549 | | 802 |
| 129. | April 26, 2017 email to Curry from DV Medical Supply<br>DOJ_CCPHARMACY-0012552 | | 802 |
| 130. | November 6, 2017 email re Curry Taxes<br>DOJ_CCPHARMACY-0053204 | | 802, 402 |
| 131. | June 7, 2017 email re CC Pharmacy<br>FILTER-CCRXDIGITAL-0000050131 | | |
| 132. | April 19, 2016 email re Dad<br>DOJ_CCPHARMACY-0068764 | | 802 |
| 133. | September 22, 2017 email re FW: CC Pharmacy2<br>DOJ_CCPHARMACY-0071734 | | |
| 134. | September 22, 2017 email re FW: CC Pharmacy<br>DOJ_CCPHARMACY-0071747 | | 802 |
| 135. | October 12, 2017 email re CCRX 10/3/17<br>DOJ_CCPHARMACY-0072149 | | 802 |
| 136. | October 23, 2017 email re CRX 10/3/17<br>DOJ_CCPHARMACY-0072152 | | 802 |
| 137. | Barnes messages<br>DOJ_CCPHARMACY-0076572 | | 802 |
| 138. | GEX 118 Email from Dustin Curry to Clint Carr copied dated 5-31-2016<br>DOJ_CCRXDIGITAL-0000357587 | | 802 |
| 139. | DEA 6 - Interview of Dr. Ibrahim F. Ibrahim, dated October 18, 2017<br>[No Bates] | | 802 |
| 140. | DEA 6 - Interview of Dr. Austin Oscar Williams, MD, dated October 23, 2017<br>DOJ_CCPHARMACY-0011827 | | 802 |
| 141. | DEA 6 - Hassan Barnes Proffer Interview, dated April 4, 2019<br>DOJ_CCPHARMACY-0070972 | | 802 |
| 142. | DEA 6 – Clint Carr Proffer Interview, dated July 6, 2019<br>DOJ_CCPHARMACY-0070960 | | 802 |
| 143. | DEA 6 - Telephonic Interview of Megan Hanson, dated August 17, 2017<br>DOJ_CCPHARMACY-0070720 | | 802 |
| 144. | DEA 6 - Proffer Interview of Lisa Jones, July 20, 2018<br>DOJ_CCPHARMACY-0053759 | | 802 |
| 145. | DEA 6 - Interview of Dr. Ifran I. Wadiwala, dated September 18, 2018 | | 802 |

| | | | |
|---|---|---|---|
| | DOJ_CCPHARMACY-0053754 | | |
| 146. | DEA 6 - Interview of Frasiel Hughey, dated November 15, 2017<br>DOJ_CCPHARMACY-0011830 | | 802 |
| 147. | DEA 6 - Telephonic Interview of Jeremy Newberry, dated August 22, 2017<br>DOJ_CCPHARMACY-0012308 | | 802 |
| 148. | DEA 6 - Interview of Adam Long, dated November 22, 2017<br>[No Bates] | | 802 |
| 149. | DEA 6 - Proffer Interview of Adam Long, dated May 2, 2018<br>DOJ_CCPHARMACY-0012264 | | 802 |
| 150. | DEA 6 - Interview of Jeremy Newberry, dated August 15, 2017 and August 17, 2017<br>DOJ_CCPHARMACY-0012252 | | 802 |
| 151. | DEA 6 - Interview of Megan Elizabeth Hanson, dated September 6, 2017<br>DOJ_CCPHARMACY0012259 | | 802 |
| 152. | Letter from Don Lewis dated October 19, 2017<br>FILTER-CCRXPHYSICAL-000000056 | | 104, 802, 403 |
| 153. | DEA 6 – Interview of Dustin Curry dated December 28, 2021<br>DOJ_CCPHARMACY-0079054 | | 802 |
| 154. | DEA 6 – Interview of Jeremy Newberry dated January 6, 2022<br>DOJ_CCPHARMACY-0079064 | | 802 |
| 155. | DEA 6 – Interview of Jose Sanchez on January 19, 2022<br>DOJ_CCPHARMACY-0079067 | | 802 |
| 156. | DEA 6 – Interview of Jose Sanchez on January 12, 2022<br>DOJ_CCPHARMACY-0079071 | | 802 |
| 157. | DEA 6 – Proffer Interview of Adam Long dated January 7, 2022<br>DOJ_CCPHARMACY-0079072 | | 802 |
| 158. | DEA 6 – Proffer Interview of Adam Long dated January 17, 2022<br>DOJ_CCPHARMACY-0079074 | | 802 |
| 159. | DEA 6 – Proffer Interview of Dustin Curry dated January 13, 2022<br>DOJ_CCPHARMACY-0079075 | | 802 |
| 160. | DEA 6 – Proffer Interview of Dustin Curry dated December 17, 2021 | | 802 |

|   | | | |
|---|---|---|---|
|   | DOJ_CCPHARMACY-0079076 | | |
| 161. | DEA 6 – Proffer Interview of Hassan Barnes dated January 20, 2022 DOJ_CCPHARMACY-0079085 | | 802 |
| 162. | DEA 6 – Proffer Interview of Lisa Jones dated January 5, 2022 DOJ_CCPHARMACY-0079086 | | 802 |
| 163. | Bravenec Lab Reports LIMS DOJ_CCPHARMACY-0079089 | | |
| 164. | Recorded Call from August 11, 2017 Between Jose Sanchez and Hassan Barnes (GEX 513) | | 802 |
| 165. | The PHARMA Compliance Group (Auburn) Retail Pharmacy On-Site Questionnaire dated 3-21-2017 DOJ_CCPHARMACY-0012438 | | 802 |
| 166. | The PHARMA Compliance Group Compliance Evaluation Report dated 3-21-2017 DOJ_CCPHARMACY-0012554 | | 802 |

**Definition of Objections**

(A) 104: Foundation required.

(B) 402: Exhibit is not relevant to any issue that will be submitted to the jury.

(C) 403: Any probative value of the exhibit is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

(D) 404: Exhibit relates to an alleged prior bad act, is inadmissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character, and is not admissible for another, proper purpose.

(E) 608: Exhibit contains extrinsic evidence of conduct inadmissible to attack a witness's character for untruthfulness.

(F) 802: Exhibit contains inadmissible hearsay for which no exception applies.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

By:   /s/ Devon Helfmeyer
Devon Helfmeyer
Courtney Chester
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
Fraud Section, Criminal Division
United States Department of Justice
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9513 Devon.Helfmeyer@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document was served upon counsel of record on this 27th day of February 2022.

By: */s/ Devon Helfmeyer*
Devon Helfmeyer