United States District Court
Southern District of Texas

**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

JUDGE _____**SIM LAKE**_____
CASE MANAGER _SHEILA ANDERSON_   RPTR/TAPE _K. MILLER_
LAW CLERK _Jane West_   INTERPRETER _____

TIME _10:15_ / _10:20_ A.M.   ____ / ____ P.M.   DATE _Feb. 28, 2022_
   begin     end      begin   end

CR. NO. ___18-00339___

UNITED STATES OF AMERICA   § _D. HELFMEYER, C. CHESTER_
   vs.   §

| Deft. No. | Deft. Name | | |
|---|---|---|---|
| 2 | Clint Carr | § _J. Kinchen, M. Wynne_ | ___ CJA |
| 4 | Fraisel Hughey | § _D. Finn_ | ___ CJA |
|   |   | § | ___ CJA |

## HEARING

√  Hearing held on _Mr. Finn's inability to appear in court for health reasons_

___ **Evidence presented** (exhibits admitted or testimony given) on:_____

___ All motions not expressly decided are denied without prejudice to being reurged.
___ Jury trial set for _February 28, 2022, at 1:00 p.m._
___ Deft____ bond set/reduced to $_____ ____Cash ____Surety ___10% ___ PR.
___ Deft____ failed to appear, bench warrant to issue.
___ Deft____ bond ____continued ____forfeited.
___ Deft____ remanded to custody.

OTHER RULINGS_____
_The case against Defendant No. 4, Fraisel Hughey, is SEVERED._

_Once Mr. Finn has a diagnosis and prognosis for his health, he will file under a seal a letter from his physician advising the court of when he will be medically able to attend a rearraignment hearing for his client._

_Trial on Mr. Carr's case will begin later today as scheduled._

                                                       SIM LAKE
                              SENIOR UNITED STATES DISTRICT JUDGE

Page _1_ of _1_