United States District Court
Southern District of Texas
**ENTERED**
August 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff-Respondent, § § v. § § FRASIEL HUGHEY, § § Defendant-Petitioner. § | CIVIL ACTION NO. H-24-1141 (CRIMINAL NUMBER H-18-339-04) |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order denying Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody, Civil Action No. H-24-1141 is **DISMISSED WITH PREJUDICE**.

For the reasons stated in the court's Memorandum Opinion and Order, Petitioner's request for an evidentiary hearing is **DENIED**, and a certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 8th day of August, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE