United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-18-0339-04 |
| | § | |
| FRASIEL HUGHEY, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM OPINION AND ORDER**

Pending before the court is Frasiel Hughey's ("Defendant") Pro Se Motion for Access to Sealed Docket Entries (Docket Entry No. 558). Defendant requests access to Docket Entry Nos. 254, 258, 259, 274, 276, 277, 318, and 368.[1] Because Defendant alleges that the docket entries he requests are sealed, he does not identify or describe them in his motion. The Government has filed United States' Response to Defendant Frasiel Hughey's Motion for Access to Sealed Docket Entries ("Government's Response") (Docket Entry No. 565) (sealed).

Defendant has copies of Docket Entry No. 254, which is the hearing and minutes order for a pretrial conference held on February 10, 2022, Docket Entry No. 258, which is a transcript of the same pretrial conference, and Docket Entry No. 277, which is the hearing minutes and order for a status conference held on February 28, 2022, as they are appended as exhibits to his pending § 2255 motion.[2] Defendant also has access to Docket Entry No. 368, which is the Presentence Investigation

---

[1]Pro Se Motion for Access to Sealed Docket Entries, Docket Entry No. 558, p. 2. For purposes of identification, all page numbers refer to the pagination imprinted at the top of the page by the court's Electronic Case Filing system.

[2]Exhibit 1 to Memorandum in Support of Motion to Vacate, Set Aside, or Correct Sentence (continued...)

Report, because he cites to it throughout his pending § 2255 motion.[3] Accordingly, Defendant does not need copies of Docket Entry Nos. 254, 258, 277, or 368. The Government does not object to Defendant having access to Docket Entry No. 259, which is the hearing minutes and order for a show cause hearing held on February 11, 2022, or Docket Entry No. 318, which is the minute entry for Defendant's Re-arraignment.[4]

The Government objects to Defendant having access to Docket Entry Number 274, which is a Motion in Limine to Exclude Inadmissible Evidence at Trial and Request for a Protective Order that the Government filed under seal.[5] Docket Entry No. 274 contains internal-government personnel matters involving individuals who were not on the United States' witness list. It describes the nature and status of the personnel matters, and argument for why such matters were not admissible in Defendant's trial. The Government also requests that Docket Entry No. 276, which is the Order granting Docket Entry No. 274, be redacted so that Defendant cannot access any information contained in Docket Entry No. 274.[6] Defendant's pending § 2255 claims–that his counsel failed to appear, remained silent, and failed to object at certain stages of his case–does not require disclosure of Docket Entry No. 274. The court agrees that Docket Entry No. 276 should be redacted to eliminate any reference to government personnel.

---

[2](...continued)
Pursuant to 28 U.S.C. § 2255, Docket Entry No. 561-1, pp. 53, 54–84, 115.

[3]See, e.g., Memorandum in Support of Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, Docket Entry No. 561, pp. 17–20.

[4]Government's Response, Docket Entry No. 565, p. 3 (sealed).

[5]Id.

[6]Id.

For the reasons explained above, Pro Se Motion for Access to Sealed Docket Entries (Docket Entry No. 558) is **GRANTED** as to Docket Entry Nos. 259, 276 (redacted), and 318, and is **DENIED** as to Docket Entry No. 274.

The clerk is **ORDERED** to mail Defendant copies of Docket Entry Nos. 259, 276 (redacted), and 318, by certified mail with return receipt requested. Defendant may file an amended § 2255 motion within 20 days from receipt of the documents, or advise the court that he does not wish to amend his pending § 2255 motion. The Government may file an amended response within 20 days from the filing of Defendant's amended § 2255 motion, and Defendant may file a reply within 20 days of the filing of the Government's amended response.

**SIGNED** at Houston, Texas, on this 26th day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE