United States District Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | CIVIL ACTION NO. H-26-5927 |
| v. | § | (CRIMINAL NUMBER H-18-339-04) |
| | § | |
| FRASIEL HUGHEY, | § | |
| | § | |
| Defendant/Petitioner. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-26-5927 is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 16th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE